UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:06-CV-1813-T-30TGW

SHARON FINCH, on behalf of
herself and those similarly situated,

      Plaintiff,

v.

SPRING OAKS, LLC, a Florida
Limited Liability Corporation,

      Defendant.
_____/

## ORDER OF JUDGMENT AND
## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Accepting Offer of Judgment filed on January 2, 2007. This action to recover unpaid overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") was filed on October 3, 2006.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. U.S.,* 679 F.2d 1350, 1353 (11th Cir. 1982). After a review of the parties' agreement, the Court determines that it is a fair resolution of the action.

Accordingly, it is

ORDERED AND ADJUDGED that:

1. Judgment is awarded to Plaintiff in the amount of $2,100.00 against Defendant.

2. The Clerk of the Court is instructed to enter judgment for Plaintiff and against Defendant in the amount of $2,100.00.

3. The Court retains jurisdiction for the purpose of awarding attorney's fees and costs.

4. The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on March 29, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

S:\Odd\2006\06-cv-1813.Judgment Order.wpd